UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:24-cr-135-SPC-KCD

LESTER JOHN PARKER, JR.

### ORDER OF FORFEITURE

Before the court is the United States' Motion for an Order of Forfeiture against Defendant Lester John Parker, Jr. in the amount of $911,118.70. (Doc. 56). Now that the defendant has been adjudicated guilty of Counts One, Six, Seven, Eight and Twelve of the Indictment (Doc. 1), including a wire fraud conspiracy, in violation of 18 U.S.C. § 1349, the United States seeks an order forfeiting the defendant's interest in the $911,118.70. *See* 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant has obtained $911,118.70 in proceeds as a result of the crime(s) of conviction, specifically the wire fraud conspiracy. The Court thus finds the United States is entitled to possession of the $911,118.70.

Accordingly, it is **ORDERED:**

The United States' Motion for an Order of Forfeiture as to the defendant, Lester John Parker, Jr., (Doc. 56) is **GRANTED**.

1. The defendant is liable for an order of forfeiture in the amount of $911,118.70.

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $911,118.70 order of forfeiture.

3. Any asset forfeited from either defendant will be credited to the order of forfeiture so that the United States will not collect more than $911,118.70.

4. This Order will become a final order of forfeiture as to Defendant at sentencing.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

**DONE and ORDERED** in Fort Myers, Florida on August 27, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Suzanne C. Nebesky, AUSA
Counsel of Record

2